IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-077-CR




JAMES WILLIAM MOTEN,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT



NO. 40,885, HONORABLE RICK MORRIS, JUDGE PRESIDING


 





PER CURIAM

 James William Moten seeks to appeal from a judgment of conviction for possession
of cocaine, a controlled substance. The punishment is imprisonment for twenty-five years.

 There is no notice of appeal in the record. Without a timely filed notice of appeal,
this Court is without jurisdiction. Shute v. State, 744 S.W.2d 96 (Tex. Crim. App. 1988).

 The appeal is dismissed.


[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Appeal Dismissed

Filed: April 29, 1992

[Do Not Publish]